IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00110-WJM-MJW

DRORIT SILVERMAN a/k/a DRORIT DEANGELO, an individual,

Plaintiff,

v.

DALLAS D. GREENFIELD, an individual, and
HOUTCHENS, GREENFIELD & SEDLAK, LLC, a Colorado limited liability company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 23) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 23-1) is APPROVED as amended in paragraphs 20 & 22.c. and made an Order of Court.

Date: March 29, 2016